IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN BOUCHER,

    Plaintiff,

v.                        Case No. 18-CV-0760

DR. MARTIN AND DEBRA TIDQUIST,

    Defendants.

## STATEMENT OF DEATH OF DEFENDANT
## DR. W. BRADLEY MARTIN

Defendant Tidquist, by her attorneys, Wisconsin Attorney General Joshua L. Kaul and Assistant Attorney General Sandra L. Tarver, pursuant to Fed. R. Civ. P. 25(a)(1) file this statement of death of Defendant Dr. W. Bradley Martin.

Counsel for Defendants has drafted a stipulation for Plaintiff's review. Under the stipulation, counsel for Defendants will continue to represent the interests of Defendant Dr. Martin in this action and the State of Wisconsin would pay any judgment as to damages or other monetary relief awarded against Dr. Martin in this case. Plaintiff would agree to release Dr. Martin's estate and all heirs, beneficiaries, successors, assigns, relatives, or personal

representatives of Dr. W. Bradley Martin in any action related to Plaintiff's claim against Dr. Martin in this case. This stipulation would obviate the need for Plaintiff to sue the personal representative of Dr. Martin's estate, and the delay that this would necessarily entail.

If Plaintiff signs the stipulation, undersigned counsel will file it without delay.

Dated this 10th day of September, 2019.

                                              Respectfully submitted,

                                              JOSHUA L. KAUL
                                              Attorney General of Wisconsin

                                              s/ Sandra L. Tarver
                                              SANDRA L. TARVER
                                              Assistant Attorney General
                                              State Bar #1011578

                                              Attorneys for Defendants Martin and Tidquist

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-7630
(608) 267-8906 (Fax)
tarversl@doj.state.wi.us