IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN BOUCHER,

    Plaintiff,

v.                                                   Case No. 18-CV-0760

DR. MARTIN AND DEBRA TIDQUIST,

    Defendants.

## DECLARATION OF GWEN MCGILLIVRAY

I, **Gwen McGillivray**, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.     I make this declaration based on my personal knowledge and review of the records maintained in the ordinary course of business at the State of Wisconsin Department of Justice (DOJ).

2.     I am employed by DOJ as a paralegal assigned to the Civil Litigation Unit in the Division of Legal Services.

3.     In my capacity as a paralegal, my duties include, but are not limited to, receiving, filing, and keeping a record of Notices of Claim required to be filed with the Attorney General pursuant to Wis. Stat. § 893.82.

4.     I have searched my records concerning the service of Notices of Claim on the Attorney General. Based on that review, I found one Notice of Claim that

plaintiff John Boucher filed concerning his medical care at Jackson Correctional Institution beginning on May 5, 2015.

5. The Notice of Claim was postmark on April 20, 2017, and the Attorney General's Office received it by certified mail on April 24, 2017. A true and accurate copy of Notice of Claim is attached hereto as **Exhibit 1001**.

*Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.*

Executed this 14th day of November, 2019.

                                      s/ Gwen McGillivray
                                      GWEN MCGILLIVRAY