IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN BOUCHER,

     Plaintiff,

    v.                           Case No. 18-CV-760

DR. MARTIN, et al.,

     Defendants.

## NOTICE OF DEFENDANTS' EXPERT REPORT DISCLOSURE

Pursuant to the Court's Amended Scheduling Order (Dkt. 19) and the Court's text-only order granting Defendants' Motion for Extension of Time to File Dispositive Motion and Expert Report Disclosure (Dkt. 22), please take notice that the Declaration of Dr. Paul Bekx filed November 22, 2019 (Dkt. 26) constitutes his expert report for this case.

Dated this 26th day of November, 2019.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin


s/ Sandra L. Tarver
SANDRA L. TARVER
Assistant Attorney General
State Bar #1011578

Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-7630
(608) 267-8906 (Fax)
tarversl@doj.state.wi.us