# RADIOLOGY REPORT

THIS REPORT IS BASED SOLELY UPON THE RADIOGRAPHIC EXAMINATION.
CORRELATION WITH THE CLINICAL EXAMINATION IS ESSENTIAL.

**CONFIDENTIALITY NOTICE:** This facsimile (including any accompanying documents) is intended for the use of MobilexUSA or the use of the named addressee(s) to which it is directed, and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee(s) or person(s) authorized to deliver it to the named addressee(s). If you received this facsimile in error, please report the error by calling the MobilexUSA Privacy Office toll free at 866.686.1717, and providing your name, telephone number and the date. Once you have reported the error, someone from the Privacy Office will contact you within one business day. They may ask you to fax back the information you received so that the company can correct its records and prevent further miscommunication. Please keep the information in a secure place until you are contacted by the Privacy Office and complete the return of the information to that office. Once this is done, please destroy all copies of the mistakenly sent information, without forwarding it. Thank-you for your cooperation.

Facility: JACKSON CORRECTIONAL - 22232
N6500 HAIPEK RD
PO BOX 232
BLACK RIVER FALLS, WI 54615-0232

DOS: 09/07/2016
Case: 22302788

Patient: BOUCHER, JOHN    DOB: /1968   Age: 48
Number: 209123              Room:
Reason: f/u
Examination:

SHOULDER COMPLETE, MIN 2V, RIGHT

Results: The glenohumeral joint is in alignment, but there is narrowing of the joint space due to modest degenerative changes. Acromioclavicular and coracoclavicular joints are also normal. No shoulder fracture, separation, or dislocation is seen.

Conclusion: Modest degenerative joint disease of the right shoulder; otherwise, no fracture or dislocation seen.

Electronically signed by MARC AWOBULUYI, M.D., PH.D. 9/7/2016 1:03:28 PM CDT.

9/8/16

Radiologist:     Date: 09/07/2016    Time: 01:03pm ET

MARC AWOBULUYI, MD/LE
RADIOLOGIST
Physician: DEBRA TIDQUIST, APRNBC
N6500 HAIPEK RD
JACKSON CORRECTIONAL
BLACK RIVER FALLS, WI 54615-0232
Please call 1-856-682-5454 ext 4 if you have any questions or concerns with this report.

SEP 7 2016

Midwest Region
6185 Huntley Road
Columbus, OH 43229
800.932.2222

19