

## AGNESIAN
HEALTHCARE

Fond du Lac Regional Clinic Waupun
608 W Brown St
Waupun, WI 53963-1702

Patient Name: BOUCHER, JOHN
DOB/Age/Sex: ▓▓▓1968    48 years    Male           MRN:         322139
Adm/Disch Date: 11/9/2016    11/9/2016             PT Location: Orthopedics
Financial Number: 0540675140                       PT Type:     OV Office Visit

**Clinic/Office Documents**

DOCUMENT NAME:              Orthopedic Office/Clinic Note
SERVICE DATE/TIME:          11/9/2016 09:51 CST
RESULT STATUS:              Auth (Verified)
PERFORM INFORMATION:        Grossman Jr.MD,Thomas (11/9/2016 10:48 CST)
SIGN INFORMATION:           Grossman Jr.MD,Thomas (11/14/2016 08:37 CST)

NAME:           BOUCHER, JOHN
DOB:            ▓▓▓1968
MRN:            322139
DATE OF VISIT:  11/09/2016

Office Clinic Note

Mr. Boucher is a 48-year-old right-handed gentleman I have been asked to see by Nurse Practitioner Tidquist from Jackson Correctional Facility for right shoulder problem. He indicates the shoulder was not working very well, then there was a car accident. Since then it has worked even less well. He has pain with shoulder elevation and motion. He also tells me that he had a biceps tendon tear that was treated surgically. He arrives with an MRI.

Medications reconciled in Cerner.

Vital signs per the nurse's note.

Health screening reviewed; is as per the form that is scanned into the chart.

OBJECTIVE: A pleasant gentleman. Cooperative with examination. Right shoulder is examined. There is fairly obvious atrophy posteriorly. He has remarkably little shoulder motion. Distal neurovascular status is intact.

Plain films are reviewed and demonstrate proximal migration of the humerus with respect to the glenoid. Magnetic resonance imaging study is reviewed, which shows a high-riding humeral head, supraspinatus tear full thickness with marked atrophy and retraction, marked atrophy of the infraspinatus. There is probably an infraspinatus tear. Subscapularis seems to be abnormal also.

IMPRESSION: Chronic rotator cuff tear. This appears to be unrepairable.

11/15/16

---

Legend: *=Corrected @=Abnormal C=Critical L=Low H=High R=Result Comment

Report Request ID #: 10255527           Page 1 of 2           Print Date/Time: 11/15/2016 10:35 CST

23-1

**Fond du Lac Regional Clinic Waupun**

Patient Name: BOUCHER, JOHN  
Adm/Disch Date: 11/9/2016   11/9/2016  
MRN: 322139  
Financial Number: 0540675140

### Clinic/Office Documents

PLAN: We talked about what options are available. In my opinion, the rotator cuff tears are unrepairable. Arthroplasty is not a very good option. As a temporizing measure, an injection is offered. After obtaining verbal consent, the right subacromial area was prepped with alcohol, skin freezing spray, and injected with 40 mg of Depo-Medrol and some lidocaine. A Band-Aid is applied. Steroid flare prophylaxis discussed. In the immediate postinjection period, he reports no improvement in his discomfort.

For Nurse Practitioner Tidquist, please monitor his discomfort to see if he has any response to the injection. Parenthetically, it should be noted that failure of response to injection therapy is a grave prognostic indicator for any type of operative intervention.

Thomas W Grossman, MD

ATTENTION: Nurse Practitioner Tidquist

TWG/jif  
DD:   11/09/2016 10:48:58  
DT:   11/10/2016 11:53:29  
Job#: 3822548 / Conf#: U2130083

cc:   Jackson Correctional Inst

*Electronically Signed By: Grossman Jr. MD, Thomas*  
*On 11/14/2016 08:37 AM*

---

Legend: *=Corrected @=Abnormal C=Critical L=Low H=High R=Result Comment

Report Request ID #: 10255527    Page 2 of 2    Print Date/Time: 11/15/2016 10:35 CST

23-2



**Waupun Memorial Hospital**
620 W Brown Street
Waupun, WI 53963-1702

Patient Name:       BOUCHER, JOHN
DOB/Age/Sex:        ▓▓▓▓1968        48 years    Male          MRN:            182563
Adm/Disch Date:
                                                               PT Location:    Medical Imaging
Financial Number:   030300208                                  PT Type:        PA Preadmit
Primary Care:       Institution NON-STAFF,Jackson              Attending:      Grossman Jr.MD,Thomas
                                                               Admitting:      Grossman Jr.MD,Thomas

### Diagnostic Radiology

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
| XR-16-0065207 | 11/9/2016 10:08 CST | XR Shoulder Complete Right | Grossman Jr.MD, Thomas | Auth (Verified) |

**Reason For Exam**
(XR Shoulder Complete Right) Shoulder pain

**Reference Report**
RIGHT SHOULDER THREE VIEWS  11/9/2016  PROVIDER MD Thomas Grossman Jr.

HISTORY: Shoulder pain. Rotator cuff tear.

COMPARISON: None.

VIEWS: AP, Grashey, and scapular Y views of the right shoulder.

FINDINGS: The shoulder joint is mildly narrowed with some inferior humeral spurring. There is only mild elevation of the humeral head. There are some benign lucencies in the humeral head. No fracture or dislocation is seen. The AC joint is maintained.

IMPRESSION: Mild degenerative changes at the shoulder joint and mild elevation of the humeral head relative to the glenoid.

Paul A. Larson, MD, FACR
Radiology Associates of the Fox Valley

RAFVWPN

I.2

***** Final *****

Electronically Signed by:
Larson MD, Paul A.
On 11/09/2016 11:11 am

Dictated On 11/09/2016 11:11 am

PAL

cc: Institution NON-STAFF,Jackson

REC'D NOV 09 2016

Report Request ID #: 10205316            Page 1 of 1            Print Date/Time: 11/9/2016 11:45 CST

23-3



PATIENT: BOUCHER, JOHN
DOB: ▓▓ 1968
MRN: 322139
DATE OF VISIT: 11/09/2016

## OFFICE CLINIC NOTE
## ORTHOPEDICS

Mr. Boucher is a 48-year-old right-handed gentleman I have been asked to see by Nurse Practitioner Tidquist from Jackson Correctional Facility for right shoulder problem. He indicates the shoulder was not working very well, then there was a car accident. Since then it has worked even less well. He has pain with shoulder elevation and motion. He also tells me that he had a biceps tendon tear that was treated surgically. He arrives with an MRI.

Medications reconciled in Cerner.

Vital signs per the nurse's note.

Health screening reviewed; is as per the form that is scanned into the chart.

OBJECTIVE: A pleasant gentleman. Cooperative with examination. Right shoulder is examined. There is fairly obvious atrophy posteriorly. He has remarkably little shoulder motion. Distal neurovascular status is intact.

Plain films are reviewed and demonstrate proximal migration of the humerus with respect to the glenoid. Magnetic resonance imaging study is reviewed, which shows a high-riding humeral head, supraspinatus tear full thickness with marked atrophy and retraction, marked atrophy of the infraspinatus. There is probably an infraspinatus tear. Subscapularis seems to be abnormal also.

IMPRESSION: ==Chronic rotator cuff tear. This appears to be unrepairable.==

PLAN: We talked about what options are available. In my opinion, the rotator cuff tears are unrepairable. Arthroplasty is not a very good option. As a temporizing measure, an injection is offered. After obtaining verbal consent, the right subacromial area was prepped with alcohol, skin freezing spray, and injected with 40 mg of Depo-Medrol and some lidocaine. A Band-Aid is applied. Steroid flare prophylaxis discussed. In the immediate postinjection period, he reports no improvement in his discomfort.

For Nurse Practitioner Tidquist, please monitor his discomfort to see if he has any response to the injection. Parenthetically, it should be noted that failure of response to injection therapy is a grave prognostic indicator for any type of operative intervention.

Thomas W Grossman, MD

*Preliminary Copy*   REC'D NOV 21 2016

Copy for Jackson Correctional Inst   Page 1 of 2   23-4


**AGNESIAN** HEALTHCARE

PATIENT: BOUCHER, JOHN
DOB: ███████1968
MRN: 322139

**ATTENTION: Nurse Practitioner Tidquist**

TWG/jif
DD:   11/09/2016 10:48:58
DT:   11/10/2016 11:53:29
Job #: 3822548

cc:   Jackson Correctional Inst

*Preliminary Copy*

Copy for Jackson Correctional Inst                               Page 2 of 2

23-5